*Wesley W. Horton* and *Karen L. Dowd*, in support of the petition.

Decided October 23, 2002

CADLE COMPANY *v.* GARY R. GINSBERG

BORDEN and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*William F. Gallagher*, in support of the petition.

*Paul N. Gilmore* and *Barbara A. Frederick*, in opposition.

Decided October 29, 2002

STATE OF CONNECTICUT *v.* BARBARA WILSON

*Timothy H. Everett* and *Todd D. Fernow*, in support of the petition.

*Marjorie Allen Dauster*, senior assistant state's attorney, in opposition.

Decided October 29, 2002

JACALYN MACY *v.* KEITH LUCAS ET AL.